*In re* **BARTOLI**, Edward B. (MR 18021)
Orland Park, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Review Board is allowed, and respondent Edward B. Bartoli is disbarred.